# EXHIBIT 1

BRADENTON BYPASS TABLES

| BYPASSES TO MANATEE RIVER FROM BRADENTON WWTF IN LAST 5 YEARS | | | | | | |
|---|---|---|---|---|---|---|
| Year | Bypass Start Date | Bypass End Date | Reported Volume | Total Days of Bypass | 24 Hour Report | 5 Day Report |
| 2017 | 07/31/17 | 07/31/17 | volume unreported | 1 | Unreported | Timely Reported |
| 2017 | 08/27/17 | 08/28/17 | volume unreported | 2 | Unreported | Timely Reported |
| 2017 | 09/09/17 | 09/10/17 | volume unreported | 2 | Report not in Public Record | Timely Reported |
| 2018 | 02/24/18 | 02/25/18 | 1,500,000 | 2 | Report not in Public Record | Timely Reported |
| 2019 | 08/14/19 | 08/18/19 | 95,000,000 | 5 | Timely Reported | Late Report to FDEP 9/23/19 (27 Days Late) |
| 2020 | 06/03/20 | 06/03/20 | 300,000 | 1 | Report not in Public Record | Late Report to FDEP 6/18/20 (10 Days Late) |
| 2020 | 06/07/20 | 06/09/20 | 22,250,000 | 3 | Report not in Public Record | Late Report to FDEP 6/18/20 (6 Days Late) |
| 2020 | 08/25/20 | 08/25/20 | 378,000 | 1 | Timely Reported | Late Report to FDEP 9/3/20 (4 Days Late) |
| 2020 | 09/08/20 | 09/08/20 | 1,100,000 | 1 | Timely Reported | Report not in Public Record |
| 2020 | 09/13/20 | 09/14/20 | 10,360,000 | 2 | Timely Reported | Report not in Public Record |
| 2020 | 11/12/20 | 11/13/20 | 17,080,000 | 2 | Timely Reported | Report not in Public Record |
| 2021 | 04/01/21 | 04/01/21 | 20,000 | 1 | Timely Reported | Report not in Public Record |
| 2021 | 8/4/2021 | 08/05/21 | 13,000,000 | 2 | Timely Reported | Report not in Public Record |
| | | Totals | 160,988,000 | 25 | | |

| Bypass Summary Table | | |
|---|---|---|
| Year | Volume | Days |
| 2017 | Unreported | 5 |
| 2018 | 1,500,000 | 2 |
| 2019 | 95,000,000 | 5 |
| 2020 | 51,468,000 | 10 |
| 2021 | 13,020,000 | 3 |
| Totals | 160,988,000 | 25 |

EXHIBIT 1 TO COMPLAINT                                                                                           Page 1 of 1