# EXHIBIT 2

| NPDES Permit Effluent Limit Violations | | | | | |
|---|---|---|---|---|---|
| Month Ending | Pollutant | Units | Permit Limit | Reported Values on DMRs | Days of Violation* |
| 04/30/17 | Total Nitrogen | MAXIMUM mg/L | 6.00 | 10.70 | 1 |
| 05/31/17 | Total Nitrogen | MAXIMUM mg/L | 6.00 | 28.80 | 1 |
| 06/30/17 | Total Nitrogen | MAXIMUM mg/L | 6.00 | 6.70 | 1 |
| 10/31/17 | Total Nitrogen | WEEKLY AVE mg/L | 4.50 | 6.10 | 7 |
| 10/31/17 | Total Nitrogen | MAXIMUM mg/L | 6.00 | 7.50 | 1 |
| 03/31/18 | Total Nitrogen | WEEKLY AVE mg/L | 4.50 | 33.30 | 7 |
| 03/31/18 | Total Nitrogen | MAXIMUM mg/L | 6.00 | 38.80 | 1 |
| 04/30/18 | Total Nitrogen | WEEKLY AVE mg/L | 4.50 | 33.80 | 7 |
| 04/30/18 | Total Nitrogen | MAXIMUM mg/L | 6.00 | 37.50 | 1 |
| 05/31/18 | Total Nitrogen | MAXIMUM mg/L | 6.00 | 35.90 | 1 |
| 05/31/18 | Total Nitrogen | WEEKLY AVE mg/L | 4.50 | 32.40 | 7 |
| 05/31/18 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 21.81 | 31 |
| 06/30/18 | Total Nitrogen | WEEKLY AVE mg/L | 4.50 | 30.40 | 7 |
| 06/30/18 | Total Nitrogen | MAXIMUM mg/L | 6.00 | 33.80 | 1 |
| 06/30/18 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 24.03 | 30 |
| 07/31/18 | Total Nitrogen | MAXIMUM mg/L | 6.00 | 43.30 | 1 |
| 07/31/18 | Total Nitrogen | WEEKLY AVE mg/L | 4.50 | 32.30 | 7 |
| 07/31/18 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 27.85 | 31 |
| 08/31/18 | Total Nitrogen | WEEKLY AVE mg/L | 4.50 | 30.80 | 7 |
| 08/31/18 | Total Nitrogen | MAXIMUM mg/L | 6.00 | 36.40 | 1 |
| 08/31/18 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 34.78 | 31 |
| 09/30/18 | Total Nitrogen | WEEKLY AVE mg/L | 4.50 | 5.30 | 7 |
| 09/30/18 | Total Nitrogen | MAXIMUM mg/L | 6.00 | 7.84 | 1 |
| 09/30/18 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 107.80 | 30 |
| 10/31/18 | Total Nitrogen | WEEKLY AVE mg/L | 4.50 | 5.30 | 7 |
| 10/31/18 | Total Nitrogen | MAXIMUM mg/L | 6.00 | 7.84 | 1 |
| 10/31/18 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 107.80 | 31 |
| 11/30/18 | Total Nitrogen | WEEKLY AVE mg/L | 4.50 | 15.80 | 7 |
| 11/30/18 | Total Nitrogen | MAXIMUM mg/L | 6.00 | 18.43 | 1 |
| 11/30/18 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 35.25 | 30 |
| 12/31/18 | Total Nitrogen | WEEKLY AVE mg/L | 4.50 | 14.60 | 7 |
| 12/31/18 | Total Nitrogen | MAXIMUM mg/L | 6.00 | 17.60 | 1 |
| 12/31/18 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 36.12 | 31 |
| 01/31/19 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 36.13 | 31 |
| 02/28/19 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 36.10 | 28 |
| 03/31/19 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 35.90 | 31 |
| 04/30/19 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 35.73 | 30 |
| 05/31/19 | Total Nitrogen | MAXIMUM mg/L | 6.00 | 8.90 | 1 |

EXHIBIT 2 TO COMPLAINT — Page 1 of 4

| | NPDES Permit Effluent Limit Violations | | | | |
|---|---|---|---|---|---|
| Month Ending | Pollutant | Units | Permit Limit | Reported Values on DMRs | Days of Violation* |
| 05/31/19 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 35.77 | 31 |
| 06/30/19 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 35.48 | 30 |
| 07/31/19 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 35.41 | 31 |
| 08/31/19 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 35.19 | 31 |
| 09/30/19 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 35.45 | 30 |
| 10/31/19 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 35.27 | 31 |
| 11/30/19 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 35.13 | 30 |
| 12/31/19 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 35.11 | 31 |
| 01/31/20 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 35.04 | 31 |
| 02/29/20 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 34.89 | 29 |
| 03/31/20 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 34.83 | 31 |
| 04/30/20 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 34.81 | 30 |
| 05/31/20 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 34.81 | 31 |
| 06/30/20 | Total Nitrogen | WEEKLY AVE mg/L | 4.50 | 6.06 | 7 |
| 06/30/20 | Total Nitrogen | MAXIMUM mg/L | 6.00 | 9.20 | 1 |
| 06/30/20 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 35.08 | 30 |
| 07/31/20 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 34.90 | 31 |
| 08/31/20 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 34.72 | 31 |
| 09/30/20 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 34.78 | 30 |
| 10/31/20 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 34.66 | 31 |
| 11/30/20 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 34.68 | 30 |
| 12/31/20 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 34.68 | 31 |
| 01/31/21 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 34.58 | 31 |
| 02/28/21 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 34.89 | 28 |
| 03/31/21 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 34.39 | 31 |
| 04/30/21 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 34.22 | 30 |
| 05/31/21 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 34.02 | 31 |
| 06/30/21 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 33.73 | 30 |
| 07/31/21 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 33.73 | 31 |
| 08/31/21 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 33.94 | 31 |
| 08/31/21 | Total Nitrogen | WEEKLY AVE mg/L | 4.50 | 5.10 | 7 |
| 08/31/21 | Total Nitrogen | MO AVG mg/L | 3.75 | 4.18 | 31 |
| 08/31/21 | Total Nitrogen | MAXIMUM mg/L | 6.00 | 7.39 | 1 |
| 09/30/21 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 33.81 | 30 |
| 09/30/21 | Total Nitrogen | WEEKLY AVE mg/L | 4.50 | 4.89 | 7 |
| 09/30/21 | Total Nitrogen | MO AVG mg/L | 3.75 | 4.35 | 31 |
| 09/30/21 | Total Nitrogen | MAXIMUM mg/L | 6.00 | 6.11 | 1 |
| 10/31/21 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 33.42 | 31 |

EXHIBIT 2 TO COMPLAINT                                                                 Page 2 of 4

| NPDES Permit Effluent Limit Violations | | | | | |
|---|---|---|---|---|---|
| Month Ending | Pollutant | Units | Permit Limit | Reported Values on DMRs | Days of Violation* |
| 10/31/21 | Total Nitrogen | WEEKLY AVE mg/L | 4.50 | 4.84 | 7 |
| 10/31/21 | Total Nitrogen | MAXIMUM mg/L | 6.00 | 6.53 | 1 |
| 11/30/21 | Total Nitrogen | 5-Year Average Tons per Year | 19.20 | 33.30 | 30 |
| 11/30/21 | Total Nitrogen | WEEKLY AVE mg/L | 4.50 | 4.61 | 7 |
| 11/30/21 | Total Nitrogen | MAXIMUM mg/L | 6.00 | 6.38 | 1 |
| | | | | | |
| 06/30/21 | Dichlorobromomethane** | Annual Average Ug/L | 22.00 | 31.80 | 90 |
| | | | | | |
| 05/31/17 | Total Suspended Solids (Prior to Disinfection at EFB-01) | MAXIMUM mg/L | 5.00 | 25.00 | 1 |
| 03/31/18 | Total Suspended Solids (Prior to Disinfection at EFB-01) | MAXIMUM mg/L | 5.00 | 14.70 | 1 |
| 04/30/18 | Total Suspended Solids (Prior to Disinfection at EFB-01) | MAXIMUM mg/L | 5.00 | 13.70 | 1 |
| 04/30/18 | Total Suspended Solids (Effluent Gross at EFD-01) | MAXIMUM mg/L | 10.00 | 68.00 | 1 |
| 05/31/18 | Total Suspended Solids (Prior to Disinfection at EFB-01) | MAXIMUM mg/L | 5.00 | 115.00 | 1 |
| 05/31/18 | Total Suspended Solids (Effluent Gross at EFD-01) | MAXIMUM mg/L | 10.00 | 36.00 | 1 |
| 06/30/18 | Total Suspended Solids (Prior to Disinfection at EFB-01) | MAXIMUM mg/L | 5.00 | 160.00 | 1 |
| 06/30/18 | Total Suspended Solids (Effluent Gross at EFD-01) | MAXIMUM mg/L | 10.00 | 26.00 | 1 |
| 07/31/18 | Total Suspended Solids (Prior to Disinfection at EFB-01) | MAXIMUM mg/L | 5.00 | 33.70 | 1 |
| 07/31/18 | Total Suspended Solids (Effluent Gross at EFD-01) | MAXIMUM mg/L | 10.00 | 84.00 | 1 |
| 08/31/19 | Total Suspended Solids (Prior to Disinfection at EFB-01) | MAXIMUM mg/L | 5.00 | 41.00 | 1 |
| 06/30/20 | Total Suspended Solids (Effluent Gross at EFD-01) | MAXIMUM mg/L | 10.00 | 19.00 | 1 |
| 09/30/20 | Total Suspended Solids (Effluent Gross at EFD-01) | MAXIMUM mg/L | 10.00 | 15.60 | 1 |
| 11/30/20 | Total Suspended Solids (Prior to Disinfection at EFB-01) | MAXIMUM mg/L | 5.00 | 16.70 | 1 |
| 11/30/20 | Total Suspended Solids (Effluent Gross at EFD-01) | MAXIMUM mg/L | 10.00 | 35.00 | 1 |
| 03/31/21 | Total Suspended Solids (Prior to Disinfection at EFB-01) | MAXIMUM mg/L | 5.00 | 6.70 | 1 |
| 08/31/21 | Total Suspended Solids (Effluent Gross at EFD-01) | MAXIMUM mg/L | 10.00 | 10.20 | 1 |
| | | | | | |
| 03/31/17 | Chlorine, total residual (for Disinfection) | MINIMUM mg/L | 1.00 | 0.10 | 1 |
| 04/30/17 | Chlorine, total residual (for Disinfection) | MINIMUM mg/L | 1.00 | 0.50 | 1 |
| 07/31/17 | Chlorine, total residual (for Disinfection) | MINIMUM mg/L | 1.00 | 0.60 | 1 |
| 08/31/17 | Chlorine, total residual (for Disinfection) | MINIMUM mg/L | 1.00 | 0.30 | 1 |
| 09/30/17 | Chlorine, total residual (for Disinfection) | MINIMUM mg/L | 1.00 | 0.10 | 1 |
| 08/31/18 | Chlorine, total residual (for Disinfection) | MINIMUM mg/L | 1.00 | 0.60 | 1 |
| 08/31/19 | Chlorine, total residual (for Disinfection) | MINIMUM mg/L | 1.00 | 0.80 | 1 |
| 06/30/20 | Chlorine, total residual (for Disinfection) | MINIMUM mg/L | 1.00 | 0.70 | 1 |
| 07/31/20 | Chlorine, total residual (for Disinfection) | MINIMUM mg/L | 1.00 | 0.50 | 1 |
| 12/31/20 | Chlorine, total residual (for Disinfection) | MINIMUM mg/L | 1.00 | 0.50 | 1 |
| 08/31/21 | Chlorine, total residual (for Disinfection) | MINIMUM mg/L | 1.00 | 0.50 | 1 |
| 11/30/21 | Chlorine, total residual (for Disinfection) | MINIMUM mg/L | 1.00 | 0.50 | 1 |

EXHIBIT 2 TO COMPLAINT                                                          Page 3 of 4

| NPDES Permit Effluent Limit Violations | | | | | |
|---|---|---|---|---|---|
| Month Ending | Pollutant | Units | Permit Limit | Reported Values on DMRs | Days of Violation* |
|  |  |  |  |  |  |
|  |  | Total Days of Violation* |  |  | 1623 |
|  |  |  |  |  |  |
|  | * While the DMRs indicate only that a "MAXIMUM" level was exceeded within the monthly reporting period, the Citizens will add days of violation if further review of DMRs Part B indicate multiple days of exceedances within the same month. |  |  |  |  |
|  | ** The applicable Permit effluent limit for dichlorobromomethane is an annual average, last reported as 31.8 on a certified DMR submitted by the City on 9/7/21.  The total days of violation will be recalculated as additional certified DMRs are submitted. |  |  |  |  |

EXHIBIT 2 TO COMPLAINT         Page 4 of 4