# EXHIBIT 3

BRADENTON SSO TABLES

| | BRADENTON SANITARY SEWER OVERFLOWS IN LAST 5 YEARS | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | DATE OF DISCHARGE VIOLATION (BEGIN) | DATE OF DISCHARGE (CEASE) | TOTAL DAYS OF SPILLS | TOTAL DAYS OF CWA VIOLATIONS (reached water or MS4) | LOCATION OF DISCHARGE | TYPE OF DISCHARGE | SOURCE OF DISCHARGE | REPORTED CAUSE OF DISCHARGE | Estimated Total Volume of Discharge | Estimated Volume of Discharge to Surface Water | Estimated Volume of Discharge to Storm System | 24 Hour Report | 5-Day Report |
| | | | 39 | 31 | | | | TOTALS —>>> | 74,450 | 81,000 | 2,156,850 | | |
| 2017 | 01/04/17 | 01/04/17 | 1 | 1 | 2700 & 2800 22nd Ave. West | raw sewage | manhole | blocked gravity line | unknown | | 1,000 | Report not in Public Record | Timely Reported |
| 2017 | 05/07/17 | 05/10/17 | 4 | 0 | 1810 1st Street West | raw sewage | sewage line | line break (line stop saddle install to repair original break from 2011) | 750 | contained | contained | Report not in Public Record | Timely Reported |
| 2017 | 06/23/17 | 06/23/17 | 1 | 1 | 21st Ave. W. & 47th St. Ct. W. | raw sewage | manhole | the contractor's bypass hose had collapsed, causing the lift station wet well to fill. | 500 | | unknown | Timely Reported | Late Report to FDEP (8 days late) |
| 2017 | 06/25/17 | 06/25/17 | 1 | 0 | MH 7183 | raw sewage | manhole | staff noted that the contractor's bypass pump had run out of gas. Once the pump was refueled and started, the lift station wet well was again pumped down, and no further discharges were noted in the area. | <20 | | | Timely Reported | Timely Reported |
| 2017 | 07/21/17 | 07/21/17 | 1 | 1 | 1810 1st Street West | reclaimed water | water puddle in grass north of chlorine building; this is at WWTF | leaking pipe (according to gatehouse) | unknown | | 300 | Timely Reported | Timely Reported |
| 2017 | 07/31/17 | 07/31/17 | 1 | 1 | 2700 & 2800 22nd Ave. W. | raw sewage | manhole | high flows from manhole bc of heavy rainfall, Tropical Storm Emily | unknown | | 750 | Timely Reported | Timely Reported |

EXHIBIT 3 TO COMPLAINT    Page 1 of 5

BRADENTON SSO TABLES

| | BRADENTON SANITARY SEWER OVERFLOWS IN LAST 5 YEARS | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | DATE OF DISCHARGE VIOLATION (BEGIN) | DATE OF DISCHARGE (CEASE) | TOTAL DAYS OF SPILLS | TOTAL DAYS OF CWA VIOLATIONS (reached water or MS4) | LOCATION OF DISCHARGE | TYPE OF DISCHARGE | SOURCE OF DISCHARGE | REPORTED CAUSE OF DISCHARGE | Estimated Total Volume of Discharge | Estimated Volume of Discharge to Surface Water | Estimated Volume of Discharge to Storm System | 24 Hour Report | 5-Day Report |
| | | | 39 | 31 | | | | TOTALS -->>> | 74,450 | 81,000 | 2,156,850 | | |
| 2017 | 07/31/17 | 08/01/17 | 2 | 2 | 1810 1st Street West | partially treated | facility | heavy rainfall, Tropical Storm Emily, influent structure by-pass valve would not open due to mechanical failure to valve extension. | unknown | | 50,000 | Timely Reported | Timely Reported |
| 2017 | 08/07/17 | 08/07/17 | 1 | 1 | Lift Station #8 | raw sewage | lift station, manhole | mechanical failure | 2,000 | | unknown | Timely Reported | Timely Reported |
| 2017 | 08/27/17 | 08/27/17 | 1 | 1 | 1810 1st Street West | raw sewage | plant influent structure | heavy rainfall | unknown | | 5,000 | Timely Reported | Timely Reported |
| 2017 | 08/27/17 | 08/27/17 | 1 | 1 | 2700 22nd Ave. W. | raw sewage | manhole | heavy rainfall | 1,500 | unknown | unknown | Timely Reported | Timely Reported |
| 2017 | 08/27/17 | 08/27/17 | 1 | 1 | 800 Virginia Drive | raw sewage | manhole | heavy rainfall | 1,300 | unknown | unknown | Timely Reported | Timely Reported |
| 2017 | 08/27/17 | 08/27/17 | 1 | 1 | Lift Station #14 | raw sewage | lift station | heavy rainfall | 2,900 | unknown | unknown | Timely Reported | Timely Reported |
| 2017 | 08/29/17 | 08/29/17 | 1 | 1 | Pump station | reclaimed water | water tank | thunderstorm, overflow at reclaimed water tank | unknown | unknown | 275,000 | Late Report to FDEP (3 days late) | Timely Reported |
| 2017 | 09/12/17 | 09/13/17 | 2 | 2 | 4208 Cortez Rd. | raw sewage | force main | broken force main | | unknown | unknown | Late Report to FDEP (3 days late) | Timely Reported |
| 2018 | 02/23/18 | 02/23/18 | 1 | 1 | Lift Station #26 | raw sewage | force main | force main leak | 1,000 | 1,000 | | Timely Reported | Report not in Public Record |
| 2018 | 02/28/18 | 02/28/18 | 1 | 1 | 300 9th Ave. W. | raw sewage | lift station | cracked force main due to "dead head situation of flow coming into treatment plant" | unknown | | 250,000 | Timely Reported | Timely Reported |
| 2018 | 05/31/18 | 06/01/18 | 2 | 2 | 13th Ave. E & 9th St. E. | raw sewage | force main | contractor error | unknown | | 55,000 | Timely Reported | Timely Reported |

EXHIBIT 3 TO COMPLAINT                                                                                          Page 2 of 5

BRADENTON SSO TABLES

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BRADENTON SANITARY SEWER OVERFLOWS IN LAST 5 YEARS** | | | | | | | | | | | | | | |
| Year | DATE OF DISCHARGE VIOLATION (BEGIN) | DATE OF DISCHARGE (CEASE) | TOTAL DAYS OF SPILLS | TOTAL DAYS OF CWA VIOLATIONS (reached water or MS4) | LOCATION OF DISCHARGE | TYPE OF DISCHARGE | SOURCE OF DISCHARGE | REPORTED CAUSE OF DISCHARGE | Estimated Total Volume of Discharge | Estimated Volume of Discharge to Surface Water | Estimated Volume of Discharge to Storm System | 24 Hour Report | 5-Day Report |
| | | | 39 | 31 | | | | TOTALS —>>> | 74,450 | 81,000 | 2,156,850 | | |
| 2019 | 01/07/19 | 01/08/19 | 2 | 2 | WWLS #07 | raw sewage | pipe at lift station | mechanical failure | unknown | 80,000 | | Timely Reported | Timely Reported |
| 2019 | 07/21/19 | 07/21/19 | 1 | 1 | 11th St. E. & Riverside Dr. | raw sewage | lift station | power failure | 2,500 | | 1,500 | Timely Reported | Timely Reported |
| 2019 | 08/16/19 | 08/19/19 | 4 | 4 | Lift station 22nd Ave. West | raw sewage | lift station | heavy rainfall caused overflow at lift station | unknown | | 15,000 | Report not in Public Record | Timely Reported |
| 2019 | 08/20/19 | 08/20/19 | 1 | 1 | 9th St. E. & US-301 | reclaimed water | reuse tank | pipe failure | unknown | | 750,000 | Report not in Public Record | Timely Reported |
| 2020 | 06/04/20 | 06/04/20 | 1 | 0 | 20th st e & rivers | raw sewage | | significant rainful and equipment failure of 2 pumps installed at lift station no.2 caused SSO | 3,000 (hit ground) | | | Report not in Public Record | Late Report to FDEP (9 days late) |

EXHIBIT 3 TO COMPLAINT                                                                                     Page 3 of 5

BRADENTON SSO TABLES

| | BRADENTON SANITARY SEWER OVERFLOWS IN LAST 5 YEARS | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | DATE OF DISCHARGE VIOLATION (BEGIN) | DATE OF DISCHARGE (CEASE) | TOTAL DAYS OF SPILLS | TOTAL DAYS OF CWA VIOLATIONS (reached water or MS4) | LOCATION OF DISCHARGE | TYPE OF DISCHARGE | SOURCE OF DISCHARGE | REPORTED CAUSE OF DISCHARGE | Estimated Total Volume of Discharge | Estimated Volume of Discharge to Surface Water | Estimated Volume of Discharge to Storm System | 24 Hour Report | 5-Day Report |
| | | | 39 | 31 | | | | TOTALS —>>> | 74,450 | 81,000 | 2,156,850 | | |
| 2020 | 06/04/20 | 06/04/20 | 1 | 0 | 231 13th ave e. | raw sewage | | significant rainful and equipment failure of one the variable frequency drives that controls operations of 3 pumps installed at lift station no.11 caused SSO | 2,000 (hit ground) | | | Timely Reported | Late Report to FDEP (9 days late) |
| 2020 | 06/06/20 | 06/06/20 | 1 | 1 | 1810 1st St. | raw sewage | | Significant rainfall and equipment malfunction at the Bradenton Water Reclamation Facility (WRF) of the two (2) mechanical bar screens installed on the headworks structure caused the overflow event. The influent that overflowed the headworks structure entered into a nearby storm drainage catch basin | 60,000 | unknown | unknown | Timely Reported | Late Report to FDEP (7 days late) |
| 2020 | 07/07/20 | 07/07/20 | 1 | 0 | 1810 1st St. | raw sewage | force main | break in line | 200 (hit ground) | | | Timely Reported | Report not in Public Record |
| 2020 | 07/28/20 | 07/28/20 | 1 | 1 | 2500 Riverview E. | raw sewage | lift station | open bypass valve | unknown | unknown | 100 | Timely Reported | Report not in Public Record |
| 2020 | 09/04/20 | 09/04/20 | 1 | 1 | Lift Station #1 | raw sewage | life station | break in line | 2,000 | | 200 | Timely Reported | Report not in Public Record |
| 2020 | 11/17/20 | 11/17/20 | 1 | 1 | 1810 1st street | reclaimed water | facility | unable to close tank valve | unknown | unknown | 750,000 | Timely Reported | Report not in Public Record |
| 2020 | 12/29/20 | 12/29/20 | 1 | 1 | intersection of 4th ave west and 9th st w | raw sewage | force main | sub contractor hit force m | unknown | unknown | 3000 | Timely Reported | Report not in Public Record |

EXHIBIT 3 TO COMPLAINT

Page 4 of 5

BRADENTON SSO TABLES

| SSO Summary Table | | |
|---|---|---|
| Year | Volume Reported to Surface Water and/or Storm System | Days |
| 2017 | 332,050 | 14 |
| 2018 | 306,000 | 4 |
| 2019 | 846,500 | 8 |
| 2020 | 753,300 | 5 |
| **Total** | **2,237,850** | **31** |

EXHIBIT 3 TO COMPLAINT                    Page 5 of 5