# EXHIBIT 4

| Failure to Timely Submit DMRs | | | | |
|---|---|---|---|---|
| Monitoring Period End Date | Due Date | Submission Date | Days Late | Description |
| 09/30/18 | 10/28/18 | 11/28/18 | 31 | Monthly DMR - all pollutants |
| 03/31/21 | 04/28/21 | 05/14/21 | 16 | Quarterly Report for Dichlorobromomethane and Chlorodibromomethane |
| 06/30/21 | 07/28/21 | 09/07/21 | 41 | Quarterly Report for Dichlorobromomethane and Chlorodibromomethane |
|  |  |  |  |  |
|  |  | Total Days Late | 88 |  |

EXHIBIT 4 TO COMPLAINT                                                        Page 1 of 1