**ATTACHMENT A
TO
CONSENT DECREE**

(Statement of Work and Compliance Schedule)

Suncoast Waterkeeper, Our Children's Earth
Foundation, Tampa Bay Waterkeeper, and
Manasota-88

v.

City of Bradenton, Florida

Case No. 8:22-cv-00037-SPF

## STATEMENT OF WORK AND COMPLIANCE SCHEDULE

The City shall implement the measures described herein in order to (1) eliminate conditions throughout its wastewater infrastructure causing Prohibited Bypasses at the WWTF, (2) to reduce sanitary sewer overflows ("SSOs") at the WWTF and from the WCTS, and (3) to bring the City into compliance with its NPDES Permit effluent limitations and the reporting requirements under its NPDES and MS4 Permits, including, without limitation, the measures described in this Statement of Work and Compliance Schedule.

I. **Bradenton WWTF**

1. **Secondary Clarifier System:** The City shall construct an additional secondary clarifier to the existing three (3) clarifiers at the WWTF that is sized to increase the total capacity of the secondary clarifier system by a minimum of 50% of the existing secondary clarifier system capacity (hereafter, "Additional Secondary Clarifier"), as follows:

  a. The City shall submit a permit modification application based on the 90% Design Report to Florida Department of Environmental Protection ("FDEP") for the Additional Secondary Clarifier no later than **May 10, 2022**.

  b.  The City shall provide a complete response to any request for additional information from FDEP ("RAI") regarding the permit modification application within the deadline provided by FDEP for such response.

ATTACHMENT A TO CONSENT DECREE

    c.  The City shall complete the 100% Design Report for the Additional Secondary Clarifier no later than **30 days** from the date FDEP approves the permit modification.

    d.  Within 30 days of completion of the 100% Design Report for the Additional Secondary Clarifier, the City shall advertise for construction bids to construct the Additional Secondary Clarifier.

    e.  Construction of the Additional Secondary Clarifier shall be completed and the Additional Secondary Clarifier shall be operational no later than **December 31, 2023**.

**2. <u>Denitrification Filter System:</u>**

    a.  The City shall modify the denitrification filter mudwell to achieve a minimum pumping capacity of 3,000 gallons per minute ("gpm") that is operational no later than **90 days** after the City receives delivery of the necessary equipment that the City has ordered and is awaiting delivery from its supplier. The City shall inform the Environmental Groups by email of the date of delivery of the necessary equipment to modify the denitrification filter mudwell no later than **one week** from the date of delivery.

    b.  The City shall fully implement the recommendations of De Nora Water Technologies resulting from its November 5, 2020, inspection of the denitrification filter system at the WWTF contained in Attachment E, including:

        i.  Installation of 48 actuators in the denitrification filter system no later than **September 30, 2024**. This work shall be performed in lieu of the recommendation to adjust or replace leaking filter effluent valves included in

2

recommendation 8 in Attachment E.  Upon completion of installation of the 48 actuators, the City shall complete the remainder of recommendation 8 in Attachment E no later than **December 31, 2024**, including: checking for improvement using De Nora's leak detection procedures; throttling the backwash pump discharge valves to get closer to the single design backwash water flow of 3,000 gpm; performing backwash water rise rate tests near the top of the filter to determine flow settings; and securing backwash pump discharge valves and hanging explanatory tags.

ii. Rehabilitation of the denitrification filter system local control panel wiring tie-ins so that all backwash pumps and blowers are manually accessible from them consistent with recommendation 9 in Attachment E no later than **September 30, 2024**.

iii. Repair of the backwash flow control system using a magnetic flowmeter and an electrically-actuated flow control valve and optimization of the backwash water flow control details and alarming with De Nora Water Technologies assistance consistent with recommendation 15 of Attachment E no later than **September 30, 2024**.

iv. Upon completion of installation of the 48 actuators as detailed in Paragraph (I)(2)(b)(i) of this Statement of Work and Compliance Schedule, the City shall complete recommendation 16 in Attachment E no later than **December 31, 2024**, including: checking the influent

3

ATTACHMENT A TO CONSENT DECREE

flowmeter accuracy uses a series of rise rate tests in the filters, and, if problems are found, considering upgrading to a better placed magnetic flowmeter.

v.    Removal of old re-seed piping, re-seed valves, and wiring consistent with recommendation 20 of Attachment E no later than **December 31, 2022**.

vi.    Completion by a vendor of an inspection of the denitrification filter system and a report with the results of its inspection (hereafter, "2024 Vendor Inspection Report") consistent with recommendation 23 of Attachment E no later than **December 31, 2024**. The 2024 Vendor Inspection Report shall be subject to review, comment, and non-binding recommendations from the Environmental Groups' engineer. Environmental Groups' engineer shall provide such recommendations on or before the date that is 45 days after the date of delivery of the 2024 Vendor Inspection Report.

vii.    The City represents in Attachment G that, as of April 15, 2022, the City has completed all recommendations contained in Attachment E not identified above in subparagraphs (I)(2)(b)(i)–(vi).

**3. Chloramine Disinfection System:** The City shall modify WWTF disinfection process to consist of a chloramine disinfection system. Construction of the chloramine disinfection system shall be completed and the chloramine disinfection system shall be operational no later than **120 days** after the City receives delivery of the necessary equipment that the City has ordered and is awaiting delivery from its supplier. The City shall

4

inform the Environmental Groups by email of the date of delivery of the necessary equipment to modify the disinfection system no later than **one week** from the date of delivery.

**4. Tropicana Wet Weather Storage:** By **May 31, 2022**, the City shall make a request in writing to Tropicana Manufacturing Company, Inc. ("Tropicana') requesting that it engage in discussions with the City for a potential agreement to permit the City to convey wet weather flows to the Tropicana wastewater treatment facility located at 1001 13th Ave East for temporary storage and subsequent conveyance to the WWTF. If Tropicana agrees in writing to discuss a potential agreement with the City for storage of wet weather flows, the City shall complete a feasibility study for temporary storage of wastewater flows during wet weather at the Tropicana facility within **nine months** following Tropicana's written response to the City's request.

II. **Bradenton Wastewater Collection System**

**A. Near-Term Corrective Actions**

**1. Manholes and Gravity Sewers Outside the Public Right of Way ("ROW"):**

> a. The City represents that Attachment C lists all WCTS manholes and all WCTS gravity sewers that are located outside the public ROW, in rear utility easements, which renders them difficult to physically access for inspection and maintenance. The City represents it has legal authority to access all such WCTS manholes and gravity sewers and will exercise such authority if necessary to complete this condition assessment.

5

b. The City shall inspect and assess the condition of all WCTS manholes and WCTS gravity sewers listed on Attachment C above consistent with the assessment procedures under Section (II)(C)(4) below and according to the following schedule:

| Characteristic | Condition Assessment Deadline |
|---|---|
| Manholes | May 31, 2023 |
| Gravity Sewers: 8" in diameter or more | May 31, 2023 |
| Gravity Sewers: Less than 8" in diameter | May 31, 2024 |

Inspection and condition assessments are not required for any WCTS gravity sewers and WCTS manholes contained in Attachment C that the City rehabilitates through either through full gravity sewer replacement or full gravity sewer lining after the Effective Date and prior to the deadlines for completion of condition assessments.

c. WCTS Manholes and gravity sewers in Attachment C assessed with a structural defect with a CUES score of 90 or greater shall be rehabilitated as soon as possible, but in all cases no later than **120 days** from the inspection date the structural defect with a CUES score of 90 or greater was identified.

d. The City shall prioritize WCTS manholes and gravity sewers for rehabilitation based on condition assessment results and shall

6

ATTACHMENT A TO CONSENT DECREE

perform WCTS manhole and gravity sewer rehabilitation in accordance with Paragraph (II)(B) of this Statement of Work and Compliance Schedule.

2. **Lift Stations 7, 14, 17, 18, 20, and 23 Modifications and Inflow Analyses:**

   a. The City shall complete installation of flow meters in lift stations 14, 17, and 18 and initiate collection of flow monitoring data no later than **September 30, 2022**. Collection of flow monitoring data at lift stations 14, 17, and 18 shall be performed for a minimum of 12 months.

   b. The City shall complete installation of soft starters in lift stations 7, 20, and 23 and initiate collection of flow monitoring data no later than **May 31, 2022.** Collection of flow monitoring data at lift stations 7, 20, and 23 shall be performed for a minimum of 12 months.

   c. The City shall perform an inflow analysis for sewersheds 14, 17, and 18, based on the flow monitoring data obtained in accordance with Paragraph (II)(A)(2)(a) of this Statement of Work and Compliance Schedule that is consistent with the protocols of the inflow analysis performed for Attachment B (September 2021 City of Bradenton Inflow and Infiltration Analysis Plan ("I&I Analysis")) no later than **March 31, 2024.**

   d. The City shall perform an inflow analysis for sewersheds 7, 20, and 23 based on the flow monitoring data obtained in accordance with Paragraph (II)(A)(2)(b) of this Statement of Work and Compliance Schedule that is consistent with the protocols of the

7

inflow analysis performed for the I&I Analysis no later than **July 31, 2023**.

3. **Smoke Testing**

    a.  The City shall perform smoke testing during a dry weather period where groundwater levels are reduced in sewersheds 19, (i.e., Pirate City), 49 and 50, no later than **May 31, 2022**.  In the event weather conditions and groundwater levels or contractor availability are not conducive to perform smoke testing prior to May 31, 2022, the City shall (1) provide the Environmental Groups written notification that smoke testing will not be performed by May 31, 2022, with details on the weather and groundwater conditions or lack of contractor availability that were not conducive to perform smoke testing, and (2) perform smoke testing during a dry weather period where groundwater levels are reduced in sewersheds 19, 49 and, 50 no later than **May 31, 2023**.

    b.  Public inflow sources identified by smoke testing in sewersheds 19, 49, and 50 shall be prioritized and remediated as soon as possible but in all instances no later than **three (3) months** from the date of public inflow source identification.

    c.  Private inflow and infiltration ("I&I") sources identified by smoke testing in sewersheds 19, 49, and 50 shall be remediated in accordance with Paragraph II(C)(4)(j) of this Statement of Work and Compliance Schedule.

ATTACHMENT A TO CONSENT DECREE

## 4. <u>WCTS Evaluation for Increased In-Pipe Storage Capacity</u>

a. The City shall perform a feasibility study of lift station modifications to optimize WCTS in-pipe storage capacity and reduce peak flows to the WWTF.  The feasibility study shall include an alternatives analysis, recommended alternative, a schedule for implementation of the selected alternative, and the estimated costs of the selected alternative.  The feasibility study shall be provided to the Environmental Groups no later than **<u>December 31, 2022,</u>** and shall be subject to review, comment, and non-binding recommendations from the Environmental Groups' engineer. Environmental Groups' engineer shall provide such recommendations on or before the date that is 45 days after the date of delivery of the feasibility study.

b. The recommended alternative from the feasibility study described in Paragraph (II)(A)(4)(a) of this Statement of Work and Compliance Schedule shall be operational no later than **<u>December 31, 2023</u>**.

## 5. <u>Lift Station Rehabilitation</u>

The City shall install an emergency power source or emergency pumping capacity (e.g., diesel-powered pumps) at all lift stations receiving flows from tributary sewersheds that currently do not have an emergency power source or emergency pumping capacity, including lift stations 4, 8, 9, 10, 27, 32, 40, and 43. The City shall prioritize procurement and installation of emergency power sources or emergency pumping capacity based on lift station criticality.  Lift station criticality shall be based on lift station likelihood of failure and consequence of failure.

9

Attachment H contains a prioritized list ranking lift stations 4, 8, 9, 10, 27, 32, 40, and 43 based on lift station criticality. Installation of emergency power sources or emergency pumping capacity at the four highest priority lift stations shall be completed no later than **December 31, 2023**.  Installation of emergency power sources or emergency pumping capacity at the four lowest priority lift stations shall be completed no later than **June 30, 2025**. Attachment H is subject to modification based on future changes to lift station likelihood of failure or consequence of failure. Attachment H shall be modified to reflect changes in lift station criticality as necessary.  Any modification to Attachment H shall be included in the Semi-Annual Report required by Paragraph IV of this Statement of Work and Compliance Schedule for the reporting period in which modification to Attachment H occurred.

## B. Long-Term Corrective Actions: I&I Abatement through WCTS Gravity Sewer and Manhole Rehabilitation

1. The City shall rehabilitate no less than an annual average of fifteen (15) miles of WCTS gravity sewers and 250 WCTS manholes during the first three (3) years after the Effective Date.

2. The City shall rehabilitate no less than an annual average of eight (8) miles of WCTS gravity sewers and 125 WCTS manholes during the fourth and fifth years after the Effective Date. In the event the City rehabilitates a greater length of WCTS gravity sewers or a greater number of WCTS manholes during the first three years after the Effective Date than are required by subparagraph 1. above, the rehabilitation requirements of this subparagraph 2.

10

shall be adjusted accordingly so that the City's total rehabilitation obligation does not exceed 61 total miles of WCTS gravity sewers and 1,000 WCTS manholes.

3. The City shall commence I&I Abatement through WCTS Gravity Sewer and Manhole Rehabilitation required under this Paragraph of the Statement of Work and Compliance Schedule based on the sewershed rehabilitation prioritization contained in Table 7.3 of the I&I Analysis (Attachment B).

4. **I&I Analysis Addendum and Rehabilitation Prioritization Resulting from LS 7, 20, and 23 Inflow Analysis:** Based on the inflow analysis performed in accordance with Paragraph (II)(A)(2)(d) of this Statement of Work and Compliance Schedule, the City shall (1) produce an Addendum to the I&I Analysis ("I&I Analysis Addendum 1") detailing the results of the inflow analysis for sewersheds 7, 20, and 23 and (2) reprioritizing sewersheds for I&I Abatement through WCTS Gravity Sewer and Manhole Rehabilitation based on the results of the inflow analysis for sewersheds 7, 20, and 23, the results of the I&I Analysis, and the sewersheds identified for rehabilitation in the I&I Analysis where rehabilitation has not been contracted for completion, initiated, or completed no later than **September 30, 2023**. The I&I Analysis Addendum 1 shall be subject to review, comment, and non-binding recommendations from the Environmental Groups' engineer. Environmental Groups' engineer shall provide such recommendations on or before the date that is 45 days after the date of delivery of the I&I Analysis Addendum 1.

11

ATTACHMENT A TO CONSENT DECREE

5. **I&I Analysis Addendum and Rehabilitation Prioritization Resulting from LS 14, 17, and 18 Inflow Analysis:** Based on the inflow analysis performed in accordance with Paragraph (II)(A)(2)(c) of this Statement of Work and Compliance Schedule, the City shall (1) produce an Addendum to the I&I Analysis ("I&I Analysis Addendum 2") detailing the results of the inflow analysis for sewersheds 14, 17, and 18 and (2) reprioritizing sewersheds for I&I Abatement through WCTS Gravity Sewer and Manhole Rehabilitation based on the results of the inflow analysis for sewersheds 14, 17, and 18, the results of the I&I Analysis, the results of the I&I Analysis Addendum 1, and the sewersheds identified for rehabilitation in the I&I Analysis or I&I Analysis Addendum 1 where rehabilitation has not been contracted for completion, initiated, or completed no later than **May 31, 2024**. The I&I Analysis Addendum 2 shall be subject to review, comment, and non-binding recommendations from the Environmental Groups' engineer. Environmental Groups' engineer shall provide such recommendations on or before the date that is 45 days after the date of delivery of the I&I Analysis Addendum 2.

6. **Unassessed WCTS Gravity Sewer Condition Assessment:** The City represents that Attachment D lists all WCTS gravity sewers that have not been inspected by CCTV and had their conditions assessed that were not installed or rehabilitated by full-gravity sewer replacement or installation of full-gravity sewer lining within the ten (10) years prior to December 31, 2021, (hereafter, "Unassessed WCTS Gravity Sewers"). The City shall complete a prioritized closed-circuit television ("CCTV") inspection

ATTACHMENT A TO CONSENT DECREE

and condition assessment of all Unassessed WCTS Gravity Sewers no later than **36 months** after the Effective Date.  Inspections and condition assessment of Unassessed WCTS Gravity Sewers shall be prioritized based on age and construction material with VCP or unknown material WCTS gravity sewers having the highest priority.  Inspection and condition assessments are not required for any Unassessed WCTS Gravity Sewers that the City rehabilitates through full gravity sewer replacement or full gravity sewer lining after the Effective Date and prior to 36 months after the Effective Date.

7. **Unassessed WCTS Manhole Condition Assessment:** The City represents that Attachment D lists all WCTS manholes that have not been inspected and had their conditions assessed that were not installed or rehabilitated within the ten (10) years prior to the December 31, 2021 (hereafter, "Unassessed WCTS Manholes"). The City shall complete a prioritized inspection and condition assessment of all Unassessed WCTS Manholes no later than **36 months** after the Effective Date. Inspections and condition assessment of Unassessed WCTS Manholes shall be prioritized based on age and construction material with brick manholes having the highest priority.  Inspection and condition assessments are not required for any Unassessed WCTS Manholes that the City rehabilitates through full manhole replacement or full manhole lining after the Effective Date and prior to 36 months after the Effective Date.

ATTACHMENT A TO CONSENT DECREE

## C. Capacity, Maintenance, Operation and Management ("CMOM") Program

1.  Partial CMOM Process to-date: The City has commenced development of a CMOM program as required FDEP Second Amendment to Consent Order OGC No 18-1466, Paragraph 7.c. that is required to be consistent with United States Environmental Protection Agency guidance (i.e., USEPA Guide for Evaluating Capacity, Management, Operation, and Maintenance (CMOM) Programs at Sanitary Sewer Collection Systems, EPA 305-B-05-002, January 2005).  The City has prepared and submitted to FDEP Attachment I, the Draft October 2021 Capacity assurance [*sic*], Management, Operation, and Maintenance (CMOM) Report For Wastewater System Preventive Maintenance Plan, City of Bradenton containing the existing elements of the WCTS CMOM Program ("October 2021 Draft CMOM Report").  As of the date of the City's execution of the Consent Decree, the City is awaiting review and comment from FDEP regarding the October 2021 Draft CMOM Report.

2. By no later than **December 31, 2022**, the City shall revise the October 2021 Draft CMOM Report consistent with the requirements of Paragraph (II)(C)(4) below ("Final CMOM Report") and fully implement the elements contained in the Final CMOM Report into the WCTS CMOM program.

3. The City shall review the WCTS CMOM program annually to identify the effectiveness of each WCTS CMOM program element and shall incorporate the prior year's work and collection of new data in annual updates to the WCTS CMOM program. The WCTS CMOM program contained in the Final CMOM Report, the annual WCTS CMOM program review, all reports and Standard Operating Procedures ("SOPs") contained in the Final CMOM Report, and all future revisions to the Final CMOM Report shall be implemented and performed consistent with best engineering practices and

14

standards for the sanitary sewer industry and shall be subject to review, comment, and non-binding recommendations from the Environmental Groups' engineer. Environmental Groups' engineer shall provide such recommendations on or before the date that is 45 days after the date of delivery of any of the aforementioned documents related to the CMOM program.

4. At a minimum the Final CMOM Report and WCTS CMOM program shall include the following elements:

    a. **WCTS Gravity Sewer Condition Assessment**

        i. The City shall develop a schedule for routine WCTS gravity sewer CCTV inspection based on the condition assessment results from previous CCTV inspections and condition assessments and upon condition assessment results from CCTV inspections and condition assessments performed in accordance with Paragraph (II)(A)(1) and Paragraph (II)(B)(6) of this Statement of Work and Compliance Schedule. The City shall develop a response matrix for corrective action and reinspection frequency based on condition assessment results that is consistent with best engineering practices and standards for the sanitary sewer industry.

       ii. WCTS gravity sewer condition assessment shall be performed based on the CUES GraniteNet CUES Pipe Score for CUES Codes scoring module.

15

b. **Manhole Condition Assessment**

   i. The City shall develop a schedule for routine WCTS manhole inspections based on the condition assessment results from previous WCTS manhole inspections and condition assessments and upon condition assessment results from inspections and condition assessments performed in accordance with Paragraph (II)(A)(1) and Paragraph (II)(B)(7) of this Statement of Work and Compliance Schedule. The City shall develop a response matrix for corrective action and reinspection frequency based on condition assessment results that is consistent with best engineering practices and standards for the sanitary sewer industry.

   ii. WCTS manhole inspections and condition assessments shall be performed based on an SOP developed by the City no later than **May 31, 2022,** (hereafter, "Manhole Inspection and Condition Assessment SOP"). The Manhole Inspection and Condition Assessment SOP shall, at a minimum, contain the following procedures:

      a. protocols and requirements for field inspections activities, post-inspection office activities and data management, and providing access to buried WCTS manholes

      b. clear, adequately-defined condition assessment criteria, scoring system, and response methodology for identifying WCTS manholes requiring rehabilitation and WCTS manhole reinspection schedules consistent

16

with best engineering practices and standards for the sanitary sewer industry

c.   a quality control/quality assurance program to ensure adequacy of 1) field inspections activities, 2) condition assessment criteria and scoring system implementation, and 3) condition assessment response methodology implementation

The Manhole Inspection and Condition Assessment SOP shall be subject to review, comment, and approval from the Environmental Groups' engineer, consistent with best engineering practices and industry standards in the sanitary sewer industry. Environmental Groups' engineer shall respond to the Manhole Inspection and Condition Assessment SOP on or before the date that is 45 days after the date of delivery of the Manhole Inspection and Condition Assessment SOP.

c.   **Force Main Condition Assessment**

i.   The City shall develop a schedule for a prioritized condition assessment of all City-owned and maintained force mains based on previous condition assessment results, age, pipe material, WCTS criticality, and consequence of failure.  The City shall develop a response matrix for corrective action and reinspection frequency based on condition assessment results that is consistent with best engineering practices and standards for the sanitary sewer industry.

17

ii.   The plug valves, gate valves, and air relief valves on City-owned and maintained force mains shall be inspected and exercised in accordance with the force main valves inspection schedule contained in Attachment J.

d. **Fats, Oils, and Grease ("FOG") Program**

i.   The City shall develop and distribute educational materials for distribution to properties with grease control devices (e.g., grease traps) that are monitored by the City.

ii.   If a sanitary sewer overflow ("SSO") attributed to residential FOG sources occurs in the WCTS, the City shall develop a residential FOG outreach program consisting of educational materials to inform the public on the importance of keeping FOG out of the WCTS.  The City shall respond to any residential FOG-related SSO with a targeted information campaign to the residents in the residential area contributing FOG to the WCTS that resulted in an SSO.

e. **Routine Cleaning Program**

i.   The City shall institute a program for routine sewer cleaning ("Routine Cleaning Program") that includes cleaning of all WCTS gravity sewers on a minimum frequency to be determined based on WCTS needs and established best engineering practices and standards for the sanitary sewer industry.

ii.   The City shall develop as part of the Routine Cleaning Program SOPs for cleaning WCTS gravity sewers ("Cleaning SOPs") with protocols for making observations on the

ATTACHMENT A TO CONSENT DECREE

maintenance condition of WCTS gravity sewers, including observations of the composition and quantity of debris removed during cleaning and the number of passes required to adequately clean a WCTS gravity sewer, and a criteria for modifying cleaning frequency based on observations made during cleaning consistent with best engineering practices and standards for the sanitary sewer industry.

    iii.   City staff shall be formally trained on the Routine Cleaning Program SOPs, and the City shall maintain records documenting staff training.

f.  **Trouble Spot Cleaning Program**

    i.   The City shall maintain a "Trouble Spot Sewer Cleaning Program" for WCTS gravity sewers based on history of blockages, history of blockage-related SSOs, CCTV inspection results, and observations made during previous cleaning events consistent with the Cleaning SOPs and best engineering practices and standards for the sanitary sewer industry that are cleaned on a more frequent basis than WCTS gravity sewers that are part of the Routine Cleaning Program.  Inclusion of WCTS gravity sewers in the Trouble Spot Cleaning Program and the cleaning frequency of each WCTS gravity sewer in the Trouble Spot Cleaning Program shall be consistent with best engineering practices and standards for the sanitary sewer industry.

    ii.   The City shall establish criteria for adding WCTS gravity sewers that are part of the Routine Cleaning Program to the Trouble Spot Cleaning Program and for modifying cleaning

19

frequencies for WCTS gravity sewers that are part of the Trouble Spot Cleaning Program based on observations of the maintenance condition of a WCTS gravity sewer made during cleaning activities as detailed in Paragraph II(C)(e)(ii) of this Statement of Work and Compliance Schedule and consistent with the Cleaning SOPs and best engineering practices and standards for the sanitary sewer industry.

    iii.   The Final CMOM Report and each subsequent future revision of the City's CMOM report shall include an up-to-date list of all WCTS gravity sewers in the Trouble Spot Cleaning Program and the cleaning frequency of each WCTS gravity sewer in the Trouble Spot Cleaning Program that shall be maintained in the City's CMMS and GIS.

g. **Cleaning Program Quality Assurance/Quality Control**

    i.   The City shall institute a cleaning quality control/quality assurance ("QA/QC") program to ensure staff is adequately cleaning WCTS gravity sewers and following the Cleaning SOPs that is consistent with best engineering practices and standards for the sanitary sewer industry.

    ii.   The City shall maintain written documentation of the results of cleaning QA/QC and any resulting cleaning crew retraining.

h. **Capital Improvement Program**: The City shall utilize the results of its ongoing CMOM program to inform, update, and fund a CIP to include required rehabilitation.

i. **Asset Management:** The City shall implement an asset management program to ensure adequate long-term funding for

ATTACHMENT A TO CONSENT DECREE

rehabilitation and proper maintenance of the WCTS and lift stations to ensure that the WCTS and lift stations are maintained within their useful service life and are capable of safely conveying wastewater to the City's WWTF with minimal risk of SSOs.

j. **Private Sources of I&I**

   i. The City shall develop a program to assess and address I&I from private properties ("Private I&I Program"), including, but not limited to, I&I from private laterals and private wastewater collection and transmission systems that connect to the City's WCTS. Private laterals are sanitary sewer pipes that extend from a structure on a privately-owned property to the WCTS gravity sewer in the public right of way and are intended to convey sanitary sewage from the structure to the WCTS gravity sewer.  The Private I&I Program shall:

      a. provide notice to property owners found to be contributing inflow to the WCTS or found with defective private laterals in need of repair or replacement (through smoke-testing, CCTV inspection or other means) (hereafter, "Private I&I Sources")

      b. track properties identified as Private I&I Sources

      c. take enforcement action when necessary if properties fail to eliminate identified Private I&I Sources

      d. maintain data related to tracking of Private I&I Sources in the City's CMMS

   ii. The City shall develop and identify in the Final CMOM Report the means by which the City maintains a prohibition

against the discharge of I&I from Private I&I Sources and an enforcement mechanism requiring removal of Private I&I Sources.

## III. Standing Operating Procedure for Federal and State Regulatory Reporting Requirements

On or before August 15, 2022, the City shall develop and submit to the Environmental Groups a Reporting Standard Operating Procedure ("Final Reporting SOP") for compliance with federal and State regulatory reporting requirements under its NPDES and MS4 Permits that sets forth clear procedures for the timely and complete submission of the following reports:

  a. certified Discharge Monitoring Reports ("DMRs"),

  b. 24-hour reports to FDEP of a bypass or SSO event,

  c. 5-day reports to FDEP of a bypass or SSO event, and

  d. Annual Reports and Reapplications required by the MS4 Permit.

By June 15, 2022, the City shall transmit its current draft of the Reporting SOP ("Draft Reporting SOP") to the Environmental Groups. The Draft Reporting SOP shall be subject to review, comment, and non-binding recommendations from the Environmental Groups' engineer. The Environmental Groups' engineer shall provide such recommendations on or before the date that is 30 days after the date of delivery of the Draft Reporting SOP. The Final Reporting SOP is subject to review, comment, and approval by the Environmental Group's engineer, consistent with best engineering practices and industry standards in the sanitary sewer industry. Environmental Groups' engineer shall provide such recommendations on or before the date that is 30 days after the date of delivery of the Final Reporting SOP.

ATTACHMENT A TO CONSENT DECREE

## IV.  Semi-Annual CD Progress Reporting

The City shall provide Semi-Annual Reports to the Environmental Groups by November 15 and May 15 of each year, describing:

a.  For the previous six months ("Reporting Period"):

    i.  The status and progress made under Paragraphs I and II of this Statement of Work and Compliance Schedule.

    ii.  Any Obligation-Specific Certifications for specific work or obligations, or any combination of any specific work or obligations set forth in this Statement of Work and Compliance Schedule or the Consent Decree that the City contends it has completed within or prior to the Reporting Period under Section XVII (Termination) of the Consent Decree.  Such Certifications shall appear in a separate and distinct section in **bold font,** following the status and progress reported as required in the previous subparagraph.

    iii.  All bypass events at the WWTF during the reporting period, including the volume and cause of all bypass events.

    iv.  All SSO events from the WCTS or WWTF during the reporting period, including the volume and cause of the SSO events and any surface water impacts.

    v.  All NPDES permit violations during the reporting period, including the cause of the NPDES permit violation.

23

b.  For the next six months ("Upcoming Reporting Period"), the work to be performed under Paragraphs I and II of this Statement of Work and Compliance Schedule.

| Semi-Annual Report Due Date | Reporting Period | Upcoming Reporting Period |
|---|---|---|
| November 15 | April 1 to September 30 | October 1 to March 31 |
| May 15 | October 1 to March 31 | April 1 to September 30 |

c.  The first semi-annual report shall be due on **November 15, 2022**, and the Reporting Period for the first report shall cover the time from the date the City signs the Consent Decree through September 30, 2022.

d.  To the extent a periodic report to FDEP provides the information to be reported under this Paragraph, a copy of such report shall satisfy this reporting requirement.

ATTACHMENT A TO CONSENT DECREE